**2002–2105. Olympic Title Ins. Co. v. Fifth Third Bank, W. Ohio.**
Montgomery App. Nos. 19319 and 19324, 2002-Ohio-5826. This cause is pending before the court as a discretionary appeal and cross-appeal and claimed appeal of right. Upon consideration of the application for dismissal of cross-appeal of First American Title Insurance Company of New York,
IT IS ORDERED by the court that the application for dismissal of cross-appeal be, and hereby is,

granted.

The appeal of Fifth Third Bank, Western Ohio, remains pending.

[Cite as *01/15/2003 Case Announcements,* 2003-Ohio-60.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*January 15, 2003*

## MERIT DECISIONS WITHOUT OPINIONS